# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV09-0271-DOC(MLGx)            Date   March 17, 2010

Title   SUNTERRA PRODUCE TRADERS INC. -V- CONTINENTAL GROWERS INC., ET. AL.,

Present: The Honorable     DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE MARCH 30, 2010

    Counsel are hereby ordered to show cause in writing no later than **March 30, 2010**, why this case should not be dismissed for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon filing of plaintiff(s) response.

    Counsel is advised that the Court will consider the filing of:

      X         Answer by the defendants

      X         Plaintiff's filing of **default judgment or filing of a motion/application for entry of default judgment**

on or before the date upon which the response is due.

    The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                                     :   0

                                                     Initials of Preparer   kh